# Court of Appeals
# of the State of Georgia

ATLANTA,  February 27, 2023

*The Court of Appeals hereby passes the following order:*

**A22A1333.  MAURICE CHEVALIER MADDEN v. VICKIE SHELTON f/k/a VICKIE MADDEN.**

We granted Appellant Maurice Chevalier Madden's discretionary application to appeal a 2017 order that dissolved his marriage to Appellee Vickie Shelton, divided marital property, awarded custody of the couple's minor children, and established Appellant's child support obligation. After careful review of the entire record, we conclude that this discretionary application was improvidently granted, and it is ordered that this appeal be dismissed.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  02/27/2023*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*